**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**United States of America**</u>

       **v.**                                                Case No. 12-cr-111-PB

<u>**Delano Nelson**</u>

<u>**O R D E R**</u>

The defendant has moved to continue the November 6, 2012 trial in the above case for a period of 60 days, citing the need for additional time to complete discovery and either engage in plea negotiations or prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and in order to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from November 6, 2012 to January 8, 2013.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The October 29, 2012 final pretrial conference is continued to December 17, 2012 at 2:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

October 19, 2012

cc:  Roger Chadwick, Jr., Esq.
     Helen Fitzgibbon, AUSA
     United States Marshal
     United States Probation