**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

    **v.**                             Criminal No.  12-cr-111-01-B

**Delano Nelson**

## O R D E R

The defendant has moved to continue the January 8, 2013 trial in the above case.  Defendant cites the need for additional time to negotiate a deal with the government.  The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to work out a non-trial resolution and/or properly prepare for trial, the court will continue the trial from January 8, 2013 to March 5, 2013.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The December 17, 2012 final pretrial conference is continued

to February 20, 2013 at 3:00 pm.

     SO ORDERED.


                   /s/ Paul Barbadoro
                   Paul Barbadoro
                   United States District Judge

December 14, 2012

cc:  Roger Chadwick, Esq.
     Helen Fitzgibbon, Esq.
     US Probation
     US Marshal

The [old final ptc] final pretrial conference is continued until [new final ptc date] at [time].
SO ORDERED.

_____
Paul Barbadoro
Chief Judge

[today's date]

cc:   [names of counsel]
      [name of AUSA]
      United States Probation
      United States Marshal