```
         UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                           Case No. 12-cr-111-PB

**Delano Nelson**

### O R D E R

The defendant has moved to continue the August 20, 2013 trial in the above case, citing the need for additional time to review extensive and complex discovery and prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from August 20, 2013 to October 16, 2013. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on October 7, 2013 at 4:00 p.m.  No further continuances will be allowed in this case.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

August 5, 2013

cc: Bruce Kenna, Esq.
    Helen Fitzgibbon, AUSA
    United States Marshal
    United States Probation